UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ASPEN SPECIALTY INSURANCE
COMPANY a/s/o DAPOER, INC. d/b/a
DAPUR ASIAN TAPAS RESTAURANT,

       Plaintiff,                          CASE NO:0:16cv62694

v.

TURBO AIR, INC.,

       Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW the named Defendant, TURBO AIR, INC., by and through its undersigned attorney, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this matter from the Circuit Court of the Seventeenth Judicial Circuit of Florida, in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, and in support thereof states as follows:

    **I.**    **The Procedural Requirements For Removal Have Been Satisfied**

Defendant has complied with the requirements of 28 U.S.C. § 1446 in that:

    A.    Accompanying this Notice of Removal is composite Exhibit "A" that contains a copy of all process, pleadings and orders served upon Defendant, as required by 28 U.S.C. § 1446(a). Any additional pleadings, process and orders

and other papers or exhibits of every kind, filed with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, have been requested and will be filed upon receipt.

      B.     This Notice of Removal is being filed within thirty (30) days after receipt of a pleading whereby this matter first became removable, as required by 28 U.S.C. § 1446(b)(3).  The pleading supporting the removal was the Complaint served upon TURBO AIR, INC. on October 21, 2016.  *See* a copy of the Complaint served in Exhibit "A."

      C.     Defendant has served upon Plaintiff this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

      D.     Defendant will file with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida this Notice of Removal and attached exhibits, as required by 28 U.S.C. § 1446(d).

      E.     A short and concise statement of the grounds for removal is set forth below.

**Grounds For Removal**

1. Plaintiff, ASPEN SPECIALTY INSURANCE COMPANY, commenced this action on October 20, 2016, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, bearing case number CACE16-019260 Division 12. A copy of the filed complaint is included in Exhibit "A."

2. On October 21, 2016, Plaintiff served Defendant through its Registered Agent with a summons and a copy of the Complaint. A copy of the Summons and Complaint served are included in Exhibit "A."

3. Plaintiff is a for profit corporation based out of North Dakota with its principal place of business in Rocky Hill, Connecticut. *See* Complaint at ¶ 2 and Exhibit "B," proof of citizenship for Plaintiff.

4. Named Defendant is a for profit corporation based out of California with its principal place of business in Long Beach. *See* Complaint at ¶ 5 and Exhibit "C," proof of citizenship for Defendant.

5. Additionally, neither the Plaintiff nor Defendant was a citizen of the State of Florida at the time of the commencement of said action, or at any time thereafter for purposes of 28 U.S.C. §1332, 1441 (b).

6. In the Complaint, Plaintiff asserts that its insured purchased a freezer, model number M3F47, for use at the Dapur Asian Tapas Restaurant located at

1620 North Federal Highway, Fort Lauderdale, Florida. *See* Complaint at ¶ 8 through 9.

7. Plaintiff asserts that the freezer malfunction in the area of the electrical components mounted on top of the freezer during normal operation. *See* Complaint at ¶ 10.

8. Plaintiff asserts that the named Defendant designed, developed, tested, manufactured, and/ or distributed placing into stream of commerce the freezer. *See* Complaint at ¶ 16.

9. Plaintiff asserts that they have damages in excess of $1,000,000.00 *See* Complaint at ¶ 25.

10. As complete diversity existed between Plaintiff and Defendant at the time Plaintiff commenced this action in state court, as complete diversity exists as of the time of the filing of this Notice of Removal, and as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, this Court has original jurisdiction over this action as defined in 28 U.S.C. § 1332(a) (1).

WHEREFORE, Defendant respectfully requests that the above-styled action be removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida.

This 15th day of November, 2016.

Respectfully submitted,

_____
MELISA L. BODNAR, TRIAL COUNSEL, Attorney for Defendant
Florida Bar No. 997234
Law Office of Glenn G. Gomer
Meridian One, Suite 900
4350 West Cypress Street
Tampa, FL 33609
Telephone:  (813) 868-8127
Fax Number: (603) 334- 7167
Primary E-mail (eservice only): TampaLegalMail@libertymutual.com
Secondary E-mail: Melisa.Bodnar@libertymutual.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of November, 2016, the foregoing Notice of Removal was served by United States Mail upon the following:

**Plaintiff's Counsel:**
Richard E. Retamar, Esq.
Retamar & Millian, P.A.
823 East Hillsboro Boulevard
Deerfield Beach, FL  33441
Primary Email:  retamar@retamarmillian.com
Secondary Email: picciano@retamarmillian.com

_____
MELISA L. BODNAR, TRIAL COUNSEL, Attorney for Defendant
Florida Bar No. 997234
Law Office of Glenn G. Gomer
Meridian One, Suite 900
4350 West Cypress Street
Tampa, FL 33609
Telephone:  (813) 868-8127
Fax Number: (603) 334- 7167
Primary E-mail (eservice only): TampaLegalMail@libertymutual.com
Secondary E-mail: Melisa.Bodnar@libertymutual.com