## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ASPEN SPECIALTY INSURANCE COMPANY a/s/o DAPOER, INC. d/b/a DAPUR ASIAN TAPAS RESTAURANT**,**

    Plaintiff,

vs.

TURBO AIR, INC.,

    Defendant.
_____

CASE NO. 16-62694-Civ-DIMITROULEAS

NATIONWIDE INSURANCE COMPANY a/s/o M. HANSON & CO.,

    Plaintiff,

vs.

TURBO AIR, INC.,

    Defendant.
_____

CASE NO. 16-62948-Civ-DIMITROULEAS

GENERAL STAR INDEMNITY COMPANY a/s/o JOSEPH H. ROSELLI,

    Intervenor,

v.

TURBO AIR, INC.,

    Defendant.
_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon the conclusion of the trial in this matter and the Jury Verdict entered on May 23, 2018.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Defendant TURBO AIR, INC. and against Plaintiffs ASPEN SPECIALTY INSURANCE COMPANY a/s/o DAPOER, INC. d/b/a DAPUR ASIAN TAPAS RESTAURANT, NATIONWIDE INSURANCE COMPANY a/s/o M. HANSON & CO., and GENERAL STAR INDEMNITY COMPANY a/s/o JOSEPH H. ROSELLI.

2. Plaintiffs shall take nothing from Defendant in this action.

3. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of May, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record